UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
ROBERT M. HALKITIS, :
:
:
Plaintiff, :
: 19-CV-11753 (JMF) (GWG)
-v- :
: ORDER
:
NEW YORK CITY DEPARTMENT OF EDUCATION :
et al., :
:
:
Defendants. :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

    As stated at the pretrial conference held today:

- Plaintiff shall comply with his outstanding discovery obligations by responding to Defendants' second set of October 9, 2020 document requests no later than **January 19, 2021**.

- The expert discovery deadline is extended *nunc pro tunc* to **February 12, 2021**, for the sole purpose of allowing Defendants to depose Plaintiff's expert.

- Defendants shall file any *Daubert* motion and any motion for summary judgment no later than **March 15, 2021**. Plaintiff shall file any opposition no later than **April 15, 2021**. Defendants shall file any reply no later than **April 29, 2021**.

- By separate order to be entered today, the Court refers this case to Magistrate Judge Gorenstein to conduct a settlement conference.

    SO ORDERED.

Dated: January 12, 2021
       New York, New York
                                             JESSE M. FURMAN
                                             United States District Judge