UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

ROBERT M. HALKITIS,

                Plaintiff,                                19 **CIVIL** 11753 (JMF)

      -against-                                **JUDGMENT**

NEW YORK CITY DEPARTMENT OF
EDUCATION et al.

                Defendants.

-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated February 9, 2022, Defendants' motion for summary judgment must be and is GRANTED. More specifically, Halkitis's claims under Title VII and his NYSHRL hostile work environment claims are dismissed with prejudice, while his NYSHRL claims of discrimination and retaliation and his NYCHRL claims are dismissed without prejudice to refiling in state court; accordingly, this case is closed.

**Dated:**  New York, New York
            February 9, 2022

                                                              **RUBY J. KRAJICK**
                                                               _____
                                                                   Clerk of Court
                                                BY:
                                                                   Deputy Clerk